UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 17-** |
| | : | |
| v. | : | |
| | : | |
| | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| **DEBORAH Z. WASHINGTON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney hereby charges that:

### COUNT ONE
(Wire Fraud)

At all times relevant to this information:

1. The Washington D.C., Department of General Services ("DGS") was the government agency responsible for managing a broad range of functions to include: managing capital improvement and construction programs for a variety of District government agencies; executing real property acquisitions by purchase or lease; disposing of property through sale, lease, or other authorized method; managing space in buildings and adjacent areas; and providing building management services for facilities owned or operated by the District of Columbia. As part of its responsibilities, DGS solicited and awarded contracts to subcontractors used to fulfill its functions.

2. Company 1 was a contracting company providing janitorial, landscaping, and other services to a variety of governmental and non-governmental entities in the Washington, D.C. metropolitan area.

1

3. The defendant DEBORAH Z. WASHINGTON was an employee of Company 1.

4. "C.J." was a relative of WASHINGTON, and was not an employee or agent of either General Maintenance Co., Inc. or Focal Point Industries.

5. "D.C." was a relative of WASHINGTON, and was not an employee or agent of either General Maintenance Co., Inc. or Focal Point Industries.

## THE SCHEME

6. Between on or about August 6, 2012, and August 8, 2012, in the District of Columbia and elsewhere, the defendant, WASHINGTON, devised and intended to devise a scheme to defraud DGS, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, which were material to DGS's decision to award Company 1 a DGS multi-year contract.

## MANNER AND MEANS

7. It was part of the scheme to defraud that a Company 1 employee acquired two webmail email addresses and created the email addresses for: (1) "[C.J.], Facilities Director, Focal Point Industries" and (2) "[D.C.], Contracting Director, General Maintenance Co., Inc."  Defendant WASHINGTON then used these email addresses to cause the emailing of two fraudulent Past Performance Evaluation Forms to DGS purportedly written by: (1) C.J., the Contracting Director of Focal Point Industries and pertaining to a $6.6 million subcontract whereby Company 1 provided janitorial services and grounds keeping for an unrelated company; and (2) D.C., the Facilities Director of General Maintenance Facility Management Co., Inc. and pertaining to a $5.2 million subcontract whereby Company 1 provided janitorial services to seven campuses of a college in North Carolina.

## **EXECUTION OF THE SCHEME**

8. It was further part of the scheme and artifice to defraud that defendant WASHINGTON knowingly caused the emails containing the two fraudulent Past Performance Evaluation Forms to be transmitted by means of wire communication in interstate commerce, for the purpose of executing the scheme and artifice to defraud, to DGS's decision to award Company 1 a DGS contract.

**(In Violation of Title 18, United States Code, Section 1343)**

Respectfully Submitted

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

BY: _____
Thomas P. Swanton
Assistant United States Attorney
D.C. Bar No. 462144
555 4th Street NW
Washington, D.C. 20530
(202) 252-7063
thomas.swanton@usdoj.gov